UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-02318-FWS (ADSx) | Date | April 13, 2023 |
|---|---|---|---|
| Title | Sean Ponce et al v. Specialized Loan Servicing, LLC et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on December 27, 2022. On March 29, 2023, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before April 7, 2023 why this action should not be dismissed for lack of prosecution [7]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The court hereby orders all proceedings in the case vacated and taken off calendar.

The Court's Order to Show Cause is hereby DISCHARGED.

\_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk   mku